**96–53.** Ashland Branded Marketing, Inc. v. Tracy. Board of Tax Appeals, No. 94–B–1180. On motion for admission *pro hac vice* by Roger F. Day, Esq. for William R. Buzo, Esq. Motion granted.

**96–54.** SuperAmerica Group, Inc. v. Tracy. Board of Tax Appeals, No. 94–B–1181. On motion for admission *pro hac vice* by Roger F. Day, Esq. for William R. Buzo, Esq. Motion granted.

**96–76.** State v. Kinsey. *Holmes County,* No. CA515. On motion to appear *pro se* on behalf of Kinsey Equipment Co. Motion denied.

MOYER, C.J., and PFEIFER, J., would permit Roger F. Kinsey to appear *pro se* for himself only and would not appoint an attorney to represent the company.

RESNICK, J., would grant the motion.

**96–128.** State v. Richards. *Mercer County,* No. 10–95–2. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., RESNICK and PFEIFER, JJ., dissent.

**96–138.** State v. Mitchell. *Cuyahoga County,* No. 56575. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., RESNICK and COOK, JJ., dissent.

**96–156.** State v. Luster. *Lucas County,* No. L–92–052. On motion for leave to file delayed appeal. Motion denied.

RESNICK, J., not participating.

**96–167.** State v. Smith. *Cuyahoga County,* No. 68351. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., PFEIFER and COOK, JJ., dissent.

**96–169.** State v. Dinger. *Summit County,* No. 17250. On motion for leave to file delayed appeal. Motion granted.

DOUGLAS, WRIGHT and F.E. SWEENEY, JJ., dissent.

**96–181.** State v. Avery. *Hamilton County,* No. C–940422. On motion for leave to file delayed appeal. Motion granted.

DOUGLAS, WRIGHT and F.E. SWEENEY, JJ., dissent.

**96–185.** Wooten v. Knisley. *Highland County,* No. 94CA858. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated at pages 4–5 of the court of appeals' Entry on Motion to Certify Record, filed December 26, 1995:

"Accordingly, the judges of this court of appeals do hereby find that the judgment upon which they have agreed in this case is in direct conflict with the judgment pronounced upon the same question by the Court of Appeals of the Twelfth Appellate District in *Miller v. Jordan* (1993), 87 Ohio App.3d 819 [623 N.E.2d 219] and *Hecker v. Dayton Fin. Servs. Corp.* (Feb. 7, 1994), Warren App. No. CA93–05–041, unreported, and the Fifth Appellate District in *Kilgore v. Schindler* (July 24, 1989), Richland App. No. CA–2665, unreported.

"The rule of law upon which the conflict exists is whether R.C. 901.51 requires a criminal conviction before treble damages may be imposed pursuant [to] that section of the Revised Code."

**96–216.** State v. Perry. *Franklin County,* No. 95APC08–991. On review of order certifying a conflict. The court determines that a conflict exists; *sua sponte,* cause held for the decision in 95–1377 and 95–1466, *State v. Gustafson,* Mahoning County, No. 94 C.A. 232; briefing schedule stayed and cause consolidated with 96–175, *infra.*

**96–236.** State v. Woodgeard. *Fairfield County,* No. 95CA0013. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and DOUGLAS, J., dissent.

**96–262.** State v. Kirk. *Franklin County,* No. 93AP–726. On motion for leave to file delayed appeal. Motion denied.